## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAREN NELSON,

     Plaintiff,

v.                                      Case No: 8:14-cv-910-T-30TGW

HARTFORD LIFE INSURANCE
COMPANY,

     Defendant.

_____

### ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #4).   Upon review and consideration, it is

     **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 12th day of May, 2014.

                                        JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record